01-14-00485-CV
COURT OF APPEALS AT AUSTIN
THIRD DISTRICT OF TEXAS

RECEIVED
MAY 2 2 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

COURT OF APPEALS NO. 03-14-00485-CV

TRIAL COURT NO. 259,941-C 169th JUDICIAL DISTRICT
BELL COUNTY, TEXAS

STYLE: JOHN REED JR. V. FARMERS INS. GROUP ET AL.
:

## APPELLANT MOTION TO RESPOND THE LETTER APPELLANT RECEIVED FROM DEPUTY CLERK; AMY STROTHER DATED APRIL 29, 2015

I

On or about April 24, 2015, appellant filed a motion to extend time to file his Brief because appellant had filed to supplement the trial court Reporters and Clerk Record on April 17, 2015.

Normally appellant receives a letter from Deputy Clerk; Liz Talerico in a few days stating the motion was granted by the court, direct to the issue as warranted. This time, within a week on April 29,2015 appellant received a letter from Deputy Clerk; Amy Strother warning appellant that his appeal may be dismiss for Want Of Prosecution and when the Brief was due. Amy fail address appellant motion in the letter. We placed a phone call on or about the 5th day of May 2015 to the Third District Clerk Office. Amy stated the letter was sent before she had realized appellant had already file a Motion To Extend Time To File his Brief. Ms. Strother told us to just disregard that letter and wait until appellant extension motion is ruled upon. The letter Amy sent to the parties is what triggered the Appellee to file their Motion To Dismiss and Appellant is requesting that Ms. Amy Strother should be informed to write another letter correcting the mistake and enter it into the record.

Appellant Respectfully as the Court to grant all things within this motion regarding Amy Strother.

_John Reed Jr._

John Reed Jr.
715 So. 32nd Street
Temple, Texas 76501
254 778 2558  cell 913 2358

Respectfully Submitted,

_Willis Martin Jr._

Willis Martin Jr.
1318 So. 2nd Street
Temple, Texas 76504
254 736 2246

## CERTIFICATE OF CONFERENCE

This is to certify that we conferred with Amy and she agreed that the letter was sent out by a mistake. _John Reed Jr._

John Reed JR                                    Willis Martin JR.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above foregoing motion has been forwarded to the clerk of the Appeals court and faxed to the counsel of the defendants on this 19 day of May 2015 to be ruled upon after the 10th day of receiving the motion.

_John Reed Jr._

John Reed Jr.                                   Willis Martin Jr.

John Reed Gr
715 So. 32nd St.
Temple, Texas 76501

7012 2920 0001 4996 5669

U.S. POSTAGE
PAID
TEMPLE, TX
76501
MAY 18, 15
AMOUNT
$6.49

1000

78711

00101929-05

$6.49

Third Court of Appeals
att. Clerk office
Gillery Fyle
P.O. Box 25547
Austin, Texas 78711-2547